STATE OF CONNECTICUT *v.* BARRY DEMARTIN

The defendant's petition for certification for appeal from the Appellate, Court, 20 Conn. App. 430, is denied.

*Judith A. Sarathy,* special public defender, in support of the petition.

*Geoffrey E. Marion,* assistant state's attorney, in opposition.

Decided February 21, 1990

STATE OF CONNECTICUT *v.* STANLEY WELLS

The defendant's petition for certification for appeal from the Appellate Court, 20 Conn. App. 452, is denied.

*K. Wynne Bohonnon,* in support of the petition.

*James M. Ralls,* deputy assistant state's attorney, in opposition.

Decided February 21, 1990

TOWN OF PRESTON ET AL. *v.* CONNECTICUT SITING COUNCIL ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 20 Conn. App. 474, is denied.

*Kathleen Eldergill,* in support of the petition.

*Phyllis E. Lemell,* assistant attorney general, *William Narwold* and *Karen L. Goldthwaite,* in opposition.

Decided February 21, 1990